UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES A YATES, ET AL. et al,<br><br>        Defendant. | Case Number: CV07-05719 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General's Office
455 Golden Gate Avenue
Ste 11000
San Francisco, CA 94102


Dated: November 20, 2007

                                                Richard W. Wieking, Clerk
                                                By: Barbara Espinoza, Deputy Clerk