EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEFFREY M. LAURENCE
Deputy Attorney General
State Bar No. 183595
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5897
  Fax: (415) 703-1234
  Email: Jeff.laurence@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MICHAEL LEON,**<br><br>                       Petitioner,<br><br>    v.<br><br>**JAMES A. YATES, Warden,**<br><br>                       Respondent. | C07-5719 CRB<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until March 18, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. I have spoken with opposing counsel, and she had no objection to this request.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including March 18, 2008, in which to file an answer or other responsive pleading.

///

///

///

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5719 CRB

1

1  Dated: January 14, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8  /s/ Jeffrey M. Laurence

9  JEFFREY M. LAURENCE
   Deputy Attorney General

10 Attorneys for Respondent

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5719 CRB

2