1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   JEFFREY M. LAURENCE
    Deputy Attorney General
6   State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8     Fax: (415) 703-1234
     Email: jeff.laurence@doj.ca.gov
9   Attorneys for Respondent

10         IN THE UNITED STATES DISTRICT COURT

11       FOR THE NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **DAVID MICHAEL LEON,** | C07-5719 CRB |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

1.   I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus action. Respondent's answer or other responsive pleading is due January 18, 2008, pursuant to this Court's November 19, 2007, order to show cause. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

2.   Petitioner is a state prisoner who was convicted of first degree murder with a gun use enhancement, and he is serving an indeterminate sentence of 27 years to life. He contends: 1) his right to due process was violated by the state court's finding that petitioner had failed to demonstrate prejudice from a 17 year pre-accusation delay, 2) his Sixth Amendment right was violated by the

1  the state court's affirmance of the exclusion of third party culpability evidence, 3) the trial court

2  violated his constitutional rights by dismissing a juror during deliberations for lying under oath, and

3  4) he received ineffective assistance of appellate counsel.

4          3.    This case was already closed when the Order to Show Cause issued, and I have had

5  to order the file from our archives in Sacramento before I could begin working on our answer.  The

6  record in this case consists of approximately 671 pages of reporter's transcript and 412 pages of

7  clerk's transcript and will take additional time to review and examine this record, give the fact-

8  intensive nature of petitioner's claims.

9          4.    In addition, during the time I have been assigned this habeas matter, I have filed a

10  merit's brief in the California Supreme Court in *People v. Villa* (S151561), and I filed respondent's

11  briefs in state appellate courts in *People v. Easterling* (A115281), *People v. Ekwueme* (H030655),

12  *People v. Garelick* (H030976), *People v. Powell* (A114764), and *People v. Chavira* (A116473).

13  Furthermore, over the course of the next 60 days, I must prepare and filed respondent's briefs in

14  state court in *People v. Hughes* (A115308), *People v. Barron* (H031590), *People v. Estrada*

15  (H031846), and prepare and file answers in federal court in *Heang v. Woodford* (C07-0980 MJJ),

16  *Young v. Runnels* (C05–119 JSW), and *Gilbert v. Felker* (C07-5987 THE).

17          5.    I have contacted counsel for petitioner, Julie Schumer, and she has no objection to

18  this extension request.

19          Accordingly, I request that the Court grant respondent an extension of 60 days, to and

20  including March 18, 2008, in which to file a response to the petition.

21          I declare under penalty of perjury that the foregoing is true and correct.

22          Executed this 14th day of January, 2008 in San Francisco, California.

23

24          /s/ Jeffrey M. Laurence

25          _____

26          JEFFREY M. LAURENCE
            Deputy Attorney General
            Attorney for Respondent

27

28

Decl. of Counsel in Support of App. for Ext. of Time to File Response - C07-5719 CRB

2