IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MICHAEL LEON,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES A. YATES, Warden,** <br><br> Respondent. | C07-5719 CRB <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **March 18, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: _____    _____
                                                                                CHARLES R. BREYER
                                                                                United States District Judge

[Proposed] Order - *Leon v. Yates* - C07-5719 CRB