1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON, | C07-5719 CRB |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

I, JEFFREY M. LAURENCE, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus action. Respondent's answer or other responsive pleading is due January 18, 2008, pursuant to this Court's November 19, 2007, order to show cause. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

2. Petitioner is a state prisoner who was convicted of first degree murder with a gun use enhancement, and he is serving an indeterminate sentence of 27 years to life. He contends: 1) his right to due process was violated by the state court's finding that petitioner had failed to demonstrate prejudice from a 17 year pre-accusation delay, 2) his Sixth Amendment right was violated by the

the state court's affirmance of the exclusion of third party culpability evidence, 3) the trial court violated his constitutional rights by dismissing a juror during deliberations for lying under oath, and 4) he received ineffective assistance of appellate counsel.

3. This case was already closed when the Order to Show Cause issued, and I had to order the file from our archives in Sacramento before I could begin working on our answer. The record in this case consists of approximately 671 pages of reporter's transcript and 412 pages of clerk's transcript and will take additional time to review and examine this record, give the fact-intensive nature of petitioner's claims.

4. The United States Supreme Court requested a response to a petition for writ of certiorari in *Roundtree v. California* (07-7463). On February 22, 2008, I was assigned to prepare the opposition on an expedited basis, which necessitated setting aside my pending caseload. I had to devote several days to examining the record and legal issues in that case in order to prepare our response. The time involved in researching the issues and drafting our response caused unanticipated delays in my caseload management. I expect to file our response today, March 5th, after which I will be able to return to my previously assigned cases.

5. In addition to the opposition to the petition for writ of certiorari, during the time I have been assigned this habeas matter, I have filed a merit's brief in the California Supreme Court in *People v. Villa* (S151561), and a petition for review in the California Supreme Court in *People v. Story* (S161044). I also filed answers to federal habeas corpus petitions in *Heang v. Woodford* (C07-0980 MJJ) and *Young v. Runnels* (C05–119 JSW), and respondent's briefs in state appellate courts in *People v. Johnson* (A118685), *People v. Easterling* (A115281), *People v. Ekwueme* (H030655), *People v. Garelick* (H030976), *People v. Powell* (A114764), and *People v. Chavira* (A116473). Furthermore, over the course of the next 60 days, I must prepare and filed respondent's briefs in state court in *People v. Hughes* (A115308), *People v. Barron* (H031590), *People v. Estrada* (H031846), *People v. Robey* (H032101), and prepare and file an answer in federal court in *Gilbert v. Felker* (C07-5987 TEH).

6. I have contacted counsel for petitioner, Julie Schumer, and she has no objection to this extension request.

1  Accordingly, I request that the Court grant respondent an extension of 62 days, to and
2  including May 19, 2008, in which to file a response to the petition.
3  I declare under penalty of perjury that the foregoing is true and correct.
4  Executed this 11th day of March, 2008 in San Francisco, California.

/S/ Jeffrey M. Laurence
JEFFREY M. LAURENCE
Deputy Attorney General
Attorney for Respondent

Decl. of Counsel in Support of App. for Second Ext. of Time to File Response - C07-5719 CRB

3