IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MICHAEL LEON,** | C07-5719 CRB |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **May 19, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

Dated: ___March 14, 2008_____   _____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer