1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

| DAVID MICHAEL LEON, | C07-5719 CRB |
|---|---|
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

19     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day

20  extension of time until July 18, 2008, in which to file a response to the petition for writ of habeas

21  corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. I have

22  spoken with opposing counsel, and she has no objection to this request.

23     WHEREFORE, respondent respectfully requests that this Court grant an extension of time

24  to and including July 18, 2008, in which to file an answer or other responsive pleading.

25  ///

26  ///

27  ///

28

1  Dated: May 6, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8  /s/ Jeffrey M. Laurence

9  JEFFREY M. LAURENCE
   Deputy Attorney General

10 Attorneys for Respondent

11

12 JML:jw
   40250067.wpd

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus - C07-5719 CRB

2