EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
JEFFREY M. LAURENCE
Deputy Attorney General
State Bar No. 183595
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5897
 Fax: (415) 703-1234
 Email: Jeff.Laurence@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MICHAEL LEON,** | C 07-5719 CRB |
| Petitioner, | **ANSWER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause:

**I.**

**CUSTODY**

Petitioner is lawfully confined in Pleasant Valley State Prison by James A. Yates, Warden, pursuant to a valid judgement and commitment entered May 23, 2003, in Santa Clara County Superior Court upon a jury verdict finding petitioner guilty of first degree murder, and personal use of a firearm. Cal. Penal Code §§ 187, 12022.5(a)(1). Petitioner was sentenced to a term of 27 years

to life in state prison. Petitioner's conviction was affirmed on appeal, and his petition for review to the California Supreme Court was denied. His state habeas petitions were also denied.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his available state remedies as to the claims raised. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent generally denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief in that he has failed to show the state court's ruling was contrary to or an unreasonable application of clearly established Supreme Court precedent, or that it involved an unreasonable determination of the facts. Respondent specifically denies petitioner's claims as follows:

(1) There is no merit to petitioner's claim that his Fourteenth Amendment right to due process was violated by the 17 year pre-accusation delay in charging him with murder.

(2) There is no merit to petitioner's claim that his Fourteenth Amendment due process right to present a defense was violated by the exclusion of irrelevant evidence pertaining to possible third party culpability.

(3) There is no merit to petitioner's claim that his constitutional rights to a jury trial and to due process were violated by the court's dismissal of a biased juror during deliberations.

(4) There is no merit to petitioner's claim that he received constitutionally ineffective assistance of appellate counsel.

(5) The petition is otherwise without merit.

(6) Respondent incorporates by reference the accompanying memorandum of points and authorities and the accompanying exhibits, including any statements of fact material to the issues addressed in this Answer. Respondent denies petitioner's allegations of fact insofar as they are inconsistent with respondent's factual allegations herein.

Answer - C 07-5719 CRB

## IV.

## TRANSCRIPTS AND RECORDS

Petitioner has presented his claims to the California Supreme Court by way of a petition for review from his direct appeal and a petition for review from the denial of his state habeas petition. We are submitting herewith the briefing on the merits in petitioner's direct appeal, petitioner's petition for review in the California Supreme Court, the denial of his petition for writ of habeas corpus in the California Court of Appeal, and petitioner's petition for review from that denial in the California Supreme Court petition as Exhibits 4 through 11. We are also submitting herewith 26 volumes of reporter's transcripts, 7 volumes of clerk's transcript, and 2 volumes of augmented reporter's transcript as Exhibits 1 through 3, which cover all proceedings. Petitioner has submitted all other pertinent exhibits with his petition. So far as respondent is aware, all relevant reported proceedings in state court have been transcribed. Rule 5, Rules governing Section 2254 cases.

## CONCLUSION

WHEREFORE, respondent asks that the Order to Show Cause be discharged and the petition for writ of habeas corpus be denied.

Dated: July 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Jeffrey M. Laurence

JEFFREY M. LAURENCE
Deputy Attorney General

Attorneys for Respondent

20121296.wpd

Answer - C 07-5719 CRB

3