1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  JEFFREY M. LAURENCE
   Deputy Attorney General
6  State Bar No. 183595
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5897
8    Fax: (415) 703-1234
     Email: Jeff.Laurence@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAVID MICHAEL LEON,** | C 07-5719 CRB |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent submits herewith the following exhibits to be lodged with the Court in connection with its consideration of the answer and memorandum of points and authorities in the above case or action:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Reporter's transcript on appeal (26 vols.), H026042; |
| 2 | Clerk's transcript on appeal (7 vols.), H026042; |
| 3 | Augmented Reporter's transcript on appeal (2 vols.), H026042; |
| 4 | Petitioner's opening brief on appeal, H026042; |
| 5 | Petitioner's supplemental opening brief on appeal, H026042; |
| 6 | Respondent's brief on appeal, H026042; |

| | | |
|---|---|---|
| | 7 | Respondent's supplemental brief on appeal, H026042; |
| | 8 | Petitioner's reply brief on appeal, H026042; |
| | 9 | Petitioner's petition for review to the California Supreme Court, S142159; |
| | 10 | Court of Appeal's denial of state habeas petition, H031537; |
| | 11 | Petition for review from denial of state habeas petition, S154766. |

Dated: July 10, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                DANE R. GILLETTE
                Chief Assistant Attorney General

                GERALD A. ENGLER
                Senior Assistant Attorney General

                GREGORY A. OTT
                Deputy Attorney General

                /s/ Jeffrey M. Laurence

                JEFFREY M. LAURENCE
                Deputy Attorney General

                Attorneys for Respondent

20121297.wpd