1  JULIE SCHUMER, SBN 82814
   Attorney at Law
2  PMB 120, 120 Village Square
   Orinda, Ca. 94563
3  (925) 254-3650
   (505) 466-6247 (fax)
4  juliesch@ix.netcom.com

5  Attorney for Petitioner
   DAVID MICHAEL LEON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON, | ) Case No. C07-5719 CRB |
| Petitioner, | ) |
| vs. | ) **NOTICE OF LODGING OF,** |
| | ) **AND INDEX TO,** |
| JAMES A. YATES, Warden, | ) **EXHIBITS** |
| Pleasant Valley State Prison; | ) |
| JAMES E. TILTON, | ) |
| Director California | ) |
| Department of Corrections, | ) |
| Respondents. | ) |
| _____ | ) |

Petitioner submitted various exhibits in support of his Petition and pursuant to this Court's order Respondent submitted numerous exhibits including the record on appeal and various briefs. Respondent omitted the two state habeas petitions filed by Petitioner, which are included here as well as a declaration by current habeas counsel submitted in connection with Petitioner's traverse.

-1-

Notice of Lodging of and Index to
Exhibits C07-5719 CRB

# INDEX OF EXHIBITS

EXHIBIT H

    Petition for Writ of Habeas Corpus filed by Petitioner in the Superior Court in Case No. CC09326

EXHIBIT I

    Petition for Writ of Habeas Corpus filed by Petitioner in the Sixth District Court of Appeal in H031357

EXHIBIT J

    Declaration of Julie Schumer, Esq. dated August 11, 2008

Dated:    August 11, 2008          Respectfully submitted,


/s/Julie Schumer

_____
JULIE SCHUMER, Attorney for Petitioner, DAVID MICHAEL LEON

-2-