JULIE SCHUMER, SBN 82814
Attorney at Law
PMB 120, 120 Village Square
Orinda, CA 94563
(925)254-3650
(505)466-6247 (fax)
juliesch@ix.netcom.com

Attorney for Petitioner
DAVID MICHAEL LEON

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON, ) | Case No. C07-5719 CRB |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES A. YATES, Warden, et al. ) | |
| ) | PROPOSED ORDER |
| Respondents. ) | |
| _____) | |

IT IS HEREBY ORDERED that the Supplemental Points and Authorities filed by respondent on September 3, 2008 are stricken and will not be considered.

Or

IT IS HEREBY ORDERED that the Supplemental Points and Authorities filed by respondent on September 3, 2008 will be considered by the Court along with the response by petitioner contained in his opposition filed September 5, 2008.

Dated:                                  _____
                                        CHARLES R. BREYER
                                        United States District Court Judge