IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A YATES,<br><br>    Respondent._____/ | No. C 07-05719 CRB<br><br>**JUDGMENT** |

The Court having denied the petition for writ of habeas corpus by Memorandum and Order filed March 24, 2009, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: March 24, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5719\judgment.wpd