IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL LEON,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES A YATES,<br><br>    Respondent.                    / | No. C 07-05719 CRB<br><br>**ORDER** |

Petitioner's counsel's ex parte motion to withdraw and for appointment of counsel is denied without prejudice to proceeding in the Ninth Circuit Court of Appeals where this action is now pending.

**IT IS SO ORDERED.**

Dated: April 30, 2009

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE